IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**BRIAN KEITH McELROY,**

    **Petitioner,**

v.                                                      Case No. 1:22-cv-276-AW-MAF

**MADISON TOWNSHIP POLICE
DEPARTMENT, et al.,**

    **Respondents.**

_____/

## ORDER OF DISMISSAL

The court earlier dismissed Brian McElroy's petition with leave to amend. ECF No. 7. The court indicated that absent a timely amendment, the case would be dismissed. *Id*. McElroy has not filed anything since. He appears to have abandoned his case. And he did not update the court with his current mailing address.

The magistrate judge's report and recommendation (ECF No. 12)—to which there has been no objection—is adopted. The clerk will enter a judgment that says, "The petition is dismissed without prejudice." The clerk will then close the file.

SO ORDERED on May 24, 2023.

                                                     s/ *Allen Winsor*
                                                   United States District Judge